UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| **SIEMENS FINANCIAL SERVICES, INC.** : | |
| : | |
| Plaintiff, : | **Civil Action No. 09-5079 (JLL)** |
| : | |
| v. : | **ORDER** |
| : | |
| **GIRESH PATEL d/b/a TRUXTUN** : | |
| **MEDICAL EQUIPMENT LEASING** : | |
| **CO. and TRUXTUN RADIOLOGY** : | |
| **MEDICAL GROUP, L.P.** : | |
| : | |
| Defendant. : | |
| : | |

**CECCHI**, **Magistrate Judge.**

This matter comes before the Court on the motion of Defendants Giresh Patel d/b/a Truxtun Medical Equipment Leasing Co. and Truxtun Radiology Medical Group, L.P. to transfer this action pursuant to 28 U.S.C. §1404(a) to the United States District Court for the Eastern District of California (CM/ECF Docket Entry No. 11). Plaintiff Siemens Financial Services, Inc. ("Plaintiff") opposed the motion. No oral argument was heard pursuant to Federal Rule of Civil Procedure 78. For the reasons set forth in the accompanying Opinion,

**IT IS** on this 15th day of June, 2010

**ORDERED** that Defendants' motion to transfer venue is **GRANTED**; and it is further

**ORDERED** that the Clerk of the Court shall transfer this action to the United States District Court for the Eastern District of California.

                                             *s/ Claire C. Cecchi*
                                             **HON. CLAIRE C. CECCHI**
                                             **United States Magistrate Judge**