CINDY S. STUYVESANT  6279881
VEDDER PRICE P.C.
222 N. LaSalle Street
Chicago, Illinois 60601
Telephone:  (312) 609-7675
Facsimile:  (312) 609-7587

STEVEN D. McGEE  71886
KIMBLE, MacMICHAEL & UPTON
A Professional Corporation
5260 North Palm, Suite 221
Post Office Box 9489
Fresno, California  93792-9489
Telephone:  (559) 435-5500
Facsimile:  (559) 435-1500

Attorneys for Plaintiff and Counter-Defendant
SIEMENS FINANCIAL SERVICES, INC.

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

* * *

| | |
|---|---|
| SIEMENS FINANCIAL SERVICES, INC., | Case No.: 1:10-CV-01417-LJO-JLT |
| Plaintiff, | |
| vs. | **STIPULATION AND PROPOSED ORDER EXTENDING TIME TO RESPOND TO COUNTER-CLAIM AND CONTINUANCE OF THE MOTION FOR JOINDER OF COUNTER-DEFENDANT** |
| GIRISH PATEL d/b/a TRUXTUN MEDICAL EQUIPMENT LEASING CO., and TRUXTUN RADIOLOGY MEDICAL GROUP, L.P., | |
| Defendants. | |
| AND RELATED COUNTER CLAIMS. | |

IT IS HEREBY STIPULATED by and between the parties hereto through their respective counsel of record, as follows:

WHEREAS,

A. The above-entitled action was recently transferred from the United States District Court for the District of New Jersey to the United States District Court for the Eastern District of California; and

LAW OFFICES
Kimble, MacMichael & Upton
A Professional Corporation
5260 North Palm Avenue
Suite 221
P. O. Box 9489
Fresno, CA 93792-9489

1
Stipulation and Proposed Order Extending Time to Respond to Counter-Claim
and Continuance of the Motion for Joinder of Counter-Defendant

B.  Plaintiff's counsel represents that they were unaware of the fact that various filings had been made in the Eastern District of California until discovered on September 8, 2010; and

C.  Counsel for plaintiffs has requested, and counsel for the defendants has agreed, to extend the time for plaintiff/counter-defendant to file responsive pleadings to the counter-claim and to continue the hearing on the motion for joinder, presently set for September 27, 2010; and

D.  The parties agree that good cause exists for this stipulation and proposed order.

IT IS HEREBY AGREED that:

1.  Counter-defendant Siemens Financial Services, Inc. shall have up to and including October 6, 2010, within which time it may file responsive pleadings to the pending counter-claim; and

2.  The motion for joinder of counter-defendant, filed by Girish Patel and Truxtun Radiology Medical, L.P., currently set for hearing on September 27, 2010, be continued to October 25, 2010, at 9:00 a.m. in Bakersfield, California, and that the date for filing opposition and reply briefs shall be based upon the new hearing date.

September ____, 2010.   KIMBLE, MacMICHAEL & UPTON
A Professional Corporation

By  /s/ Steven D. McGee
STEVEN D. McGEE
Attorneys for Plaintiff and Counter-Defendant SIEMENS FINANCIAL SERVICES, INC.

September ____, 2010.   KLEIN, DeNATALE, GOLDNER, COOPER, ROSENLIEB & KIMBALL, LLP

By  /s/ Barry L. Goldner
BARRY L. GOLDNER
Attorneys for Defendants and Counter-Claimants GIRISH PATEL d/b/a TRUXTUN MEDICAL EQUIPMENT LEASING CO., and TRUXTUN RADIOLOGY MEDICAL GROUP, L.P.

LAW OFFICES
Kimble, MacMichael & Upton
A PROFESSIONAL CORPORATION
5260 NORTH PALM AVENUE
SUITE 221
P. O. Box 9489
FRESNO, CA 93792-9489

2

Stipulation and Proposed Order Extending Time to Respond to Counter-Claim and Continuance of the Motion for Joinder of Counter-Defendant

**ORDER**

Based upon the stipulation of the parties and good cause appearing:

1. Counter-defendant Siemens Financial Services, Inc. shall file its responsive pleading to the counter-claim no later than October 6, 2010;
2. Due to the unavailability of the Court on October 25, 2010 (the date proposed in the stipulation), the motion for joinder of counter-defendant filed by Girish Patel and Truxtun Radiology, will be heard on October 20, 2010 at 9:00 a.m.

IT IS SO ORDERED.

Dated:   **September 13, 2010**            **/s/ Jennifer L. Thurston**
                                           UNITED STATES MAGISTRATE JUDGE

LAW OFFICES
Kimble, MacMichael
& Upton
A PROFESSIONAL CORPORATION
5260 NORTH PALM AVENUE
SUITE 221
P. O. Box 9489
FRESNO, CA 93792-9489

3
Stipulation and Proposed Order Extending Time to Respond to Counter-Claim
and Continuance of the Motion for Joinder of Counter-Defendant