# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SIEMENS FINANCIAL SERVICES, INC., ) | Case No.: 1:10-cv-01417 LJO JLT |
| Plaintiff, ) | ORDER GRANTING PRO HAC VICE APPLICATION OF ARLENE N. GELMAN |
| v. ) | (DOC # 43) |
| GIRISH PATEL, et al., ) | |
| Defendants. ) | |

On September 9, 2010, attorney Arlene N. Gelman filed an application to appear pro hac vice as counsel for Plaintiff Siemens Financial Services pursuant to the provision of Local Rule 180(b)(2).  The application appearing in order and the requisite fee having been paid, the application is hereby GRANTED.

IT IS SO ORDERED.

Dated:   **September 22, 2010**                     /s/ Jennifer L. Thurston
                                              UNITED STATES MAGISTRATE JUDGE