CINDY S. STUYVESANT
VEDDER PRICE P.C.
222 N. LaSalle Street
Chicago, Illinois 60601
Telephone: (312) 609-7675
Facsimile: (312) 609-7587

STEVEN D. McGEE  71886
KIMBLE, MacMICHAEL & UPTON
A Professional Corporation
5260 North Palm, Suite 221
Post Office Box 9489
Fresno, California  93792-9489
Telephone: (559) 435-5500
Facsimile: (559) 435-1500

Attorneys for Plaintiff and Counter-Defendant
SIEMENS FINANCIAL SERVICES, INC.

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

\* \* \*

| | |
|---|---|
| SIEMENS FINANCIAL SERVICES, INC., | Case No.: 1:10-CV-01417-LJO-JLT |
| Plaintiff, | |
| vs. | **STIPULATION AND PROPOSED ORDER STAYING PROCEEDINGS PENDING MEDIATION** |
| GIRISH PATEL d/b/a TRUXTUN MEDICAL EQUIPMENT LEASING CO., and TRUXTUN RADIOLOGY MEDICAL GROUP, L.P., | |
| Defendants. | |
| AND RELATED COUNTER CLAIMS. | |

IT IS HEREBY STIPULATED by and between the parties hereto through their respective counsel of record, as follows:

WHEREAS,

A.   The parties to the above-entitled action have recently filed their respective pleadings in this matter; and

B.   Defendants have filed a motion to join Siemens Medical Solutions USA, Inc. as a third party defendant in this action that is set for hearing on October 20, 2010; and

LAW OFFICES
Kimble, MacMichael
& Upton
A PROFESSIONAL CORPORATION
5260 NORTH PALM AVENUE
SUITE  221
P. O. Box 9489
FRESNO, CA  93792-9489

1
Stipulation and Proposed Order Staying Proceedings Pending Mediation

C. Plaintiff has filed a motion to strike Defendants' jury demand that is set for hearing on November 8, 2010 and for briefing based upon that date; and

D. A scheduling conference has been set for November 24, 2010; and

E. The parties agree that there are benefits to pursuing a negotiated resolution of their disputes early in the litigation and to use their best efforts to schedule a mediation, to be attended by client representatives with full settlement authority, with a neutral mediator in Fresno or Bakersfield, California by December 17, 2010; and

F. The parties agree that good cause exists for this stipulation and proposed order.

IT IS HEREBY AGREED that:

1. The above-captioned litigation, including all pending motions, shall be stayed for no less than sixty (60) days from the date of entry of this proposed order; and

2. The hearing for the motion for joinder of counter-defendant, filed by Girish Patel and Truxtun Radiology Medical Group, L.P., currently set for hearing on October 20, 2010 in Bakersfield shall be continued until January 24, 2011;

3. The hearing for the motion to strike the Defendants' jury demand filed by Siemens Financial Services, Inc., currently set for hearing on November 8, 2010, in Bakersfield, shall be continued until January 24, 2011; and that the date for filing opposition and reply briefs shall be based upon that new hearing date; and

4. The scheduling conference shall be continued from November 24, 2010 and set for February 2, 2011; and the date for filing a joint scheduling report shall be based upon that new scheduling conference date.

October 14, 2010.
        KIMBLE, MacMICHAEL & UPTON
        A Professional Corporation

        By   /s/ Steven D. McGee
            STEVEN D. McGEE
            Attorneys for Plaintiff and Counter-Defendant SIEMENS FINANCIAL SERVICES, INC.

LAW OFFICES
Kimble, MacMichael & Upton
A PROFESSIONAL CORPORATION
5260 NORTH PALM AVENUE
SUITE 221
P. O. Box 9489
FRESNO, CA 93792-9489

2
Stipulation and Proposed Order Staying Proceedings Pending Mediation

October 13, 2010.                    KLEIN, DeNATALE, GOLDNER,
                                     COOPER, ROSENLIEB & KIMBALL, LLP

                                     By   /s/ Barry L. Goldner
                                          BARRY L. GOLDNER
                                          Attorneys for Defendants and
                                          Counter-Claimants GIRISH PATEL
                                          d/b/a TRUXTUN MEDICAL
                                          EQUIPMENT LEASING CO., and
                                          TRUXTUN RADIOLOGY
                                          MEDICAL GROUP, L.P.

**ORDER**

GOOD CAUSE appearing, the Court **ORDERS**

1. The above-captioned litigation, including all pending motions, shall be stayed for 60 days from the date of this;

2. The hearing on the motion for joinder of counter-defendant, filed by Girish Patel and Truxtun Radiology Medical Group, L.P., currently set for hearing on October 20, 2010 in Bakersfield shall be continued until January 24, 2011 at 9:00 a.m.;

3. The hearing on the motion to strike the Defendants' jury demand filed by Siemens Financial Services, Inc., currently set for hearing on November 8, 2010, in Bakersfield, shall be continued until January 24, 2011 at 9:00 a.m. and that the date for filing opposition and reply briefs shall be based upon that new hearing date; and

4. The scheduling conference shall be continued from November 24, 2010 and set for February 2, 2011; and the date for filing a joint scheduling report shall be based upon that new scheduling conference date.

IT IS SO ORDERED.

Dated:   **October 15, 2010**            **/s/ Jennifer L. Thurston**
                                         UNITED STATES MAGISTRATE JUDGE

LAW OFFICES
Kimble, MacMichael
& Upton
A PROFESSIONAL CORPORATION
5260 NORTH PALM AVENUE
SUITE 221
P. O. Box 9489
FRESNO, CA 93792-9489

3
Stipulation and Proposed Order Staying Proceedings Pending Mediation