CINDY S. STUYVESANT
VEDDER PRICE P.C.
222 N. LaSalle Street
Chicago, Illinois 60601
Telephone: (312) 609-7675
Facsimile: (312) 609-7587

STEVEN D. McGEE  71886
KIMBLE, MacMICHAEL & UPTON
A Professional Corporation
5260 North Palm, Suite 221
Post Office Box 9489
Fresno, California  93792-9489
Telephone: (559) 435-5500
Facsimile: (559) 435-1500

Attorneys for Plaintiff and Counter-Defendant
SIEMENS FINANCIAL SERVICES, INC.

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

\* \* \*

| | |
|---|---|
| SIEMENS FINANCIAL SERVICES, INC., ) <br> ) <br> Plaintiff, ) <br> ) <br> vs. ) <br> ) <br> GIRISH PATEL d/b/a TRUXTUN ) <br> MEDICAL EQUIPMENT LEASING CO., ) <br> and TRUXTUN RADIOLOGY MEDICAL ) <br> GROUP, L.P., ) <br> ) <br> Defendants. ) <br> ) <br> AND RELATED COUNTER CLAIMS. ) <br> ) | Case No.: 1:10-CV-01417-LJO-JLT <br><br> **STIPULATION AND PROPOSED ORDER EXTENDING STAY OF PROCEEDINGS PENDING MEDIATION** |

    IT IS HEREBY STIPULATED by and between the parties hereto through their respective counsel of record, as follows:

    WHEREAS,

    A.    The parties agree that there are benefits to pursuing a negotiated resolution of their disputes early in the litigation and have used their best efforts to schedule a mediation, to be attended by client representatives with full settlement authority, with a neutral mediator in Fresno or Bakersfield, California by December 17, 2010; and

LAW OFFICES
Kimble, MacMichael
& Upton
A PROFESSIONAL CORPORATION
5260 NORTH PALM AVENUE
SUITE 221
P. O. Box 9489
FRESNO, CA 93792-9489

1
Stipulation And Proposed Order Extending Stay Of Proceedings Pending Mediation

B.  Despite these best efforts, a mediator that was mutually agreeable to the parties was not available before February 2011; and

C.  The parties have agreed to participate in a mediation to be held in Fresno, California on February 10, 2011; and

D.  The parties agree that good cause exists for this stipulation and proposed order. IT IS HEREBY AGREED that:

1.  The above-captioned litigation, including all pending motions, shall be stayed until February 14, 2011; and

2.  The hearing for the motion for joinder of counter-defendant, filed by Girish Patel and Truxtun Radiology Medical Group, L.P., currently set for hearing on January 24, 2011 in Bakersfield shall be continued until March 7, 2011;

The hearing for the motion to strike the Defendants' jury demand filed by Siemens Financial Services, Inc., currently set for hearing on January 24, 2011, in Bakersfield, shall be continued until March 7, 2011; and that the date for filing opposition and reply briefs shall be based upon that new hearing date; and

4.  The scheduling conference shall be continued from February 2, 2011 and set for March 15, 2011; and the date for filing a joint scheduling report shall be based upon that new scheduling conference date.

November 24, 2010.                         KIMBLE, MacMICHAEL & UPTON
                                           A Professional Corporation


                                           By   /s/ Steven D. McGee
                                                STEVEN D. McGEE
                                                Attorneys for Plaintiff and Counter-
                                                Defendant SIEMENS FINANCIAL
                                                SERVICES, INC.

LAW OFFICES
Kimble, MacMichael
& Upton
A PROFESSIONAL CORPORATION
5260 NORTH PALM AVENUE
SUITE 221
P. O. Box 9489
FRESNO, CA 93792-9489

2
Stipulation And Proposed Order Extending Stay Of Proceedings Pending Mediation

November 24, 2010.                    KLEIN, DeNATALE, GOLDNER,
                                      COOPER, ROSENLIEB & KIMBALL, LLP

                                      By    /s/ Kurt Van Sciver
                                         KURT VAN SCIVER
                                         Attorneys for Defendants and
                                         Counter-Claimants GIRISH PATEL
                                         d/b/a TRUXTUN MEDICAL
                                         EQUIPMENT LEASING CO., and
                                         TRUXTUN RADIOLOGY
                                         MEDICAL GROUP, L.P.

**ORDER**

Based upon the stipulation of the parties, the Court **ORDERS**:

1. The above-captioned litigation, including all pending motions, shall be stayed until February 14, 2011;

2. The hearing on the motion for joinder of counter-defendant, filed by Girish Patel and Truxtun Radiology Medical Group, L.P., currently set for hearing on January 24, 2011 shall be continued to **March 8, 2011**;

3. The hearing on the motion to strike Defendants' jury demand filed by Siemens Financial Services, Inc., currently set for hearing on January 24, 2011, shall be continued until **March 8, 2011**; and that the date for filing opposition and reply briefs shall be based upon that new hearing date; and

4. The scheduling conference shall be continued from February 2, 2011 and set for March 15, 2011 **at 9:00 a.m.**; and the date for filing a joint scheduling report shall be based upon that new scheduling conference date.

5. **The parties are advised that <u>no further extensions or stays of the action will be granted</u> if based merely upon continued settlement efforts.**

IT IS SO ORDERED.

Dated:   **November 30, 2010**            /s/ Jennifer L. Thurston
                                          UNITED STATES MAGISTRATE JUDGE

LAW OFFICES
Kimble, MacMichael
& Upton
A PROFESSIONAL CORPORATION
5260 NORTH PALM AVENUE
SUITE 221
P. O. Box 9489
FRESNO, CA  93792-9489

3
Stipulation And Proposed Order Extending Stay Of Proceedings Pending Mediation