CINDY S. STUYVESANT
VEDDER PRICE P.C.
222 N. LaSalle Street
Chicago, Illinois 60601
Telephone: (312) 609-7675
Facsimile: (312) 609-7587

STEVEN D. McGEE  71886
KIMBLE, MacMICHAEL & UPTON
A Professional Corporation
5260 North Palm, Suite 221
Post Office Box 9489
Fresno, California  93792-9489
Telephone: (559) 435-5500
Facsimile: (559) 435-1500

Attorneys for Plaintiff and Counter-Defendant
SIEMENS FINANCIAL SERVICES, INC.

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

\* \* \*

| | |
|---|---|
| SIEMENS FINANCIAL SERVICES, INC., | Case No.: 1:10-CV-01417-LJO-JLT |
| Plaintiff, | |
| vs. | **STIPULATION AND PROPOSED ORDER RESCHEDULING CONTESTED HEARINGS TO COINCIDE WITH SCHEDULING CONFERENCE** |
| GIRISH PATEL d/b/a TRUXTUN MEDICAL EQUIPMENT LEASING CO., and TRUXTUN RADIOLOGY MEDICAL GROUP, L.P., | |
| Defendants. | |
| AND RELATED COUNTER CLAIMS. | |

IT IS HEREBY STIPULATED by and between the parties hereto through their respective counsel of record, as follows:

WHEREAS,

A. The parties agreed to participate in a mediation to be held in Fresno, California on February 11, 2011;

B. Although the parties mediated in good faith, they were unable to resolve their dispute and are proceeding with this litigation;

1

Stipulation and Proposed Order Rescheduling Contested Hearings to Coincide with Scheduling Conference

LAW OFFICES
Kimble, MacMichael
& Upton
A PROFESSIONAL CORPORATION
5260 NORTH PALM AVENUE
SUITE 221
P. O. Box 9489
FRESNO, CA  93792-9489

C. Siemens Financial Services, Inc. would like its attorney, Cindy Stuyvesant, to appear in court for the contested hearings and scheduling conference, which, as currently scheduled would require her to travel twice from Chicago to Bakersfield in one month; and

D. The parties agree that good cause exists for this stipulation and proposed order.

IT IS HEREBY AGREED that:

1. The hearing for the motion for joinder of counter-defendant, filed by Girish Patel and Truxtun Radiology Medical Group, L.P., currently set for hearing on March 8, 2011 in Bakersfield shall be continued until March 23, 2011;

2. The hearing for the motion to strike the Defendants' jury demand filed by Siemens Financial Services, Inc., currently set for hearing on March 8, 2011, in Bakersfield, shall be continued until March 23, 2011; and that the date for filing opposition and reply briefs shall be based upon that new hearing date; and

3. The scheduling conference shall be set for March 23, 2011; and the date for filing a joint scheduling report shall be based upon that date.

February  , 2011.                                KIMBLE, MacMICHAEL & UPTON
                                                 A Professional Corporation


                                                 By_____
                                                   STEVEN D. McGEE
                                                   Attorneys for Plaintiff and Counter-
                                                   Defendant SIEMENS FINANCIAL
                                                   SERVICES, INC.


February _, 2011.                                KLEIN, DeNATALE, GOLDNER,
                                                 COOPER, ROSENLIEB & KIMBALL, LLP


                                                 By_____
                                                   BARRY L. GOLDNER
                                                   Attorneys for Defendants and
                                                   Counter-Claimants GIRISH PATEL
                                                   d/b/a TRUXTUN MEDICAL
                                                   EQUIPMENT LEASING CO., and
                                                   TRUXTUN RADIOLOGY
                                                   MEDICAL GROUP, L.P.

LAW OFFICES
Kimble, MacMichael
& Upton
A PROFESSIONAL CORPORATION
5260 NORTH PALM AVENUE
SUITE 221
P. O. Box 9489
FRESNO, CA 93792-9489

2
Stipulation and Proposed Order Rescheduling Contested Hearings to Coincide with Scheduling Conference

IT IS SO ORDERED.

Dated: __**February 23, 2011**__        _____**/s/ Jennifer L. Thurston**_____
                                        UNITED STATES MAGISTRATE JUDGE

LAW OFFICES
Kimble, MacMichael
& Upton
A PROFESSIONAL CORPORATION
5260 NORTH PALM AVENUE
SUITE 221
P. O. Box 9489
FRESNO, CA 93792-9489

3

Stipulation and Proposed Order Rescheduling Contested Hearings to Coincide with Scheduling Conference