UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| SIEMENS FINANCIAL SERVICES, INC., | ) | CASE NO. 1:10-cv-01417 LJO JLT |
| Plaintiff, | ) ) | **ORDER AFTER SETTLEMENT** |
| vs. | ) ) | |
| GIRISH PATEL, et al., | ) ) | |
| Defendants. | ) ) | |

On March 17, 2011, the parties filed a Notice of Settlement of the entire matter, including the cross action. The parties report that they are working toward completing settlement documents. Therefore, the Court **ORDERS:**

1. Pursuant to Local Rule 160(b), no later than April 22, 2011, Plaintiff and Cross-Plaintiff are **ORDERED** to file the appropriate papers to dismiss this action in its entirety;

2. A telephonic status conference re: settlement will be heard on May 4, 2011 at 9:00 a.m. unless the dismissal documents have been filed before this date. The parties shall appear by conference call and once all counsel are on the line, the call shall be placed to Magistrate Judge Thurston's chambers at (661) 326-6624. At least seven days before the status conference, the parties SHALL submit a joint statement explaining why dismissal documents have not yet been filed.

3. All pending dates and motions are **VACATED**;

Failure to comply with this order may be grounds for the imposition of sanctions on counsel or parties who contributed to violation of this order.  *See* Local Rule 160 and Local Rule 272.

IT IS SO ORDERED.

Dated:   **March 21, 2011**                                          /s/ Jennifer L. Thurston
                                                                                        UNITED STATES MAGISTRATE JUDGE