1  CINDY S, STUYVESANT  6279881
   VEDDER PRICE P.C.
2  222 N. LaSalle Street
   Chicago, Illinois 60601
3  Tel: (312) 609-7675
   Fax: (312) 609-7587
4
   STEVEN D. McGEE  71886
5  DOWLING, AARON & KEELER, INC.
   8080 North Palm Avenue, Third Floor
6  P.O. Box 28902
   Fresno, California 93729-8902
7  Tel: (559) 432-4500
   Fax: (559) 432-4590
8
   Attorneys for Plaintiff and Counter-Defendant
9  SIEMENS FINANCIAL SERVICES, INC.

10                  UNITED STATES DISTRICT COURT

11                  EASTERN DISTRICT OF CALIFORNIA

12                              * * *

| 13 | SIEMENS FINANCIAL SERVICES, INC., | Case No. 1:10-CV-01417-LJO-JLT |
|---|---|---|
| 14 |  |  |
| 15 | Plaintiffs, | **STIPULATED ORDER OF DISMISSAL WITH PREJUDICE** |
| 16 | vs. |  |
| 17 | GIRISH PATEL d/b/a TRUXTUN MEDICAL EQUIPMENT LEASING CO., and TRUXTUN RADIOLOGY MEDICAL GROUP, L.P., |  |
| 18 |  |  |
| 19 | Defendants. |  |
| 20 |  |  |
| 21 | AND RELATED COUNTER CLAIMS. |  |

22      Pursuant to Federal Rule of Civil Procedure 41(a)(i)(A)(ii), the parties, by and through
23 their respective counsel, hereby stipulate and agree that this action, including all pending and
24 proposed pending counterclaims and/or third party claims and all other matters currently before
25 the Court, be dismissed, with prejudice, and that each party shall bear its own attorney's fees and
26 costs.
27      The parties hereto further stipulate and agree that this Court shall have continuing
28 jurisdiction to enforce and/or interpret the terms of the parties' agreement upon which this



1  dismissal is based.

2  Dated:  May 12, 2011.                    DOWLING, AARON & KEELER, INC.
                                            A Professional Corporation
3

4                                           By    /s/ Steven D. McGee
                                                  STEVEN D. McGEE
5                                                 Attorneys for Plaintiff and Counter-
                                                  Defendant SIEMENS FINANCIAL
6                                                 SERVICES, INC.

7  Dated:  May 12, 2011.                    KLEIN, DeNATALE, GOLDNER,
                                            COOPER ROSENLIEB & KIMBALL, LLP
8

9                                           By    /s/ Barry L. Goldner
                                                  BARRY L. GOLDNER
10                                                Attorneys for Defendants and
                                                  Counter-Claimants GIRISH PATEL
11                                                d/b/a TRUXTUN MEDICAL
                                                  EQUIPMENT LEASING CO., and
12                                                TRUXTUN RADIOLOGY
                                                  MEDICAL GROUP, L.P.
13
        The clerk is directed to close this action.
14

15
IT IS SO ORDERED.
16
        Dated:    **May 12, 2011**                    **/s/ Lawrence J. O'Neill**
17                                                    UNITED STATES DISTRICT JUDGE

18

19

20

21

22

23

24

25

26

27



28

---

2
Stipulated Order of Dismissal with Prejudice